IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER FULCO,<br><br>Defendant. | CR 19–21–BU–DLC<br><br><br>ORDER |

Before the Court is Defendant Christopher Fulco's Unopposed Motion to Submit Letters of Support Past Due. (Doc. 40.) Because the proposed submission would come less than a week late, and in view of the government's lack of objection,

IT IS ORDERED that the motion (Doc. 40) is GRANTED. Fulco shall submit his four additional letters of support on or before November 4, 2020.

DATED this 2nd of November, 2020.

_____
Dana L. Christensen, District Judge
United States District Court